**SCAN ONLY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   EDCV 07-287-VAP (OPx)                    Date   June 18, 2007

Title   JOHN TRUE, individually and on behalf of all others similarly situated -v- AMERICAN HONDA MOTOR CO., INC.

Present: The Honorable   VIRGINIA A. PHILLIPS, JUDGE

| C. Sasse | PHYLLIS PRESTON | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

William Anderson                               Roy Brisbois
Matthew Weiner

Proceedings:  MOTION TO DISMISS CLASS ACTION COMPLAINT FRCP 12(B)(6), 9(B) AND 12(E)

   Court issues a tentative ruling, hears oral argument and takes the matter(s) under submission.



DOCKETED ON CM
JUN 2 5 2007
045

:   23

Initials of Preparer