CUNEO GILBERT & LADUCA, LLP
  Jonathan W. Cuneo (*pro hac vice*)
  William H. Anderson (*pro hac vice*)
507 C Street, N.E.
Washington, D.C. 20002
Telephone:  (202) 789-3960
Facsimile:   (202) 789-1813
E-mail:  jonc@cuneolaw.com
              wanderson@cuneolaw.com

CHIMICLES & TIKELLIS LLP
  Nicholas E. Chimicles (*pro hac vice*)
  Denise Davis Schwartzman (*pro hac vice*)
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone:  (610) 642-8500
Facsimile:   (610) 649-3633
E-mail:  nick@chimicles.com
              michaelgottsch@chimicles.com
              deniseschwartzman@chimicles.com

*Attorneys for Plaintiffs John True & Gonzalo Delgado*

LATHAM & WATKINS LLP
  Mark S. Mester (*pro hac vice*)
  Livia M. Kiser (*pro hac vice*)
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois 60606
Telephone:  (312) 876-7603
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com
              livia.kiser@lw.com

*Attorneys for Defendant American Honda Motor Co., Inc.*
(additional attorneys listed on signature page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| JOHN TRUE, et al., <br><br> Plaintiffs, <br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., <br><br> Defendant. | CASE NO. ED 07-cv-287 VAP-OP <br><br> **HON. VIRGNIA A PHILLIPS** <br><br> **JOINT STATUS REPORT** <br><br> **DATE: NOV. 17, 2008** <br> **TIME: 2:00 p.m.** <br> **COURTROOM 2** |

| | | |
|---|---|---|
| 1 | | **JOINT STATUS REPORT** |

Pursuant to the Court's Order of August 27, 2008, Plaintiffs John True and Gonzalo Delgado and Defendant American Honda Motor Company, Inc., by and through undersigned counsel, hereby submit this joint status report and state as follows:

(1) The Parties have followed the process and performed all of the tasks described in the confidential report provided to the Court on August 26, 2008 by mediator Jonathan A. Marks;

(2) As set forth in greater detail in the confidential report provided to the Court by Mr. Marks on November 10, 2008, the mediation process is ongoing, and the Parties expect it to be completed within the next several weeks;

(3) Consequently, the Parties jointly propose a brief postponement of the scheduled November 17, 2008, status conference, and instead propose the Parties submit an additional joint status report on or before December 1, 2008, with a status hearing to follow on a date convenient to the Court; or

(4) In the alternative, should the Court prefer to hear from the Parties on November 17, 2008 as currently scheduled, the Parties respectfully request the conference to be held on a confidential basis in chambers.

//
//
//
//
//
//
//
//

Respectfully Submitted,

Dated: November 10, 2008         CUNEO GILBERT & LADUCA, LLP


                                 By:      /s William H. Anderson
                                        William H. Anderson
                                        Attorneys for Plaintiffs

Dated: November 10, 2008         LATHAM & WATKINS, LLP


                                 By:     /s/ Livia M. Kiser
_____                  Livia M. Kiser
                                        Attorneys for Defendant


BLECHER & COLLINS, PC
  Maxwell M. Blecher (SB#26202)
515 South Figueroa Street, 17th Floor
Los Angeles, California 90071
Telephone: (213) 622-4222
Facsimile:  (213) 622-1656
E-mail: mblecher@blechercollins.com

CUNEO GILBERT & LADUCA, LLP
  Jon Tostrud (SB#199502)
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 418-8262
Facsimile:  (310) 556-9622
E-mail: tostrud@yahoo.com

*Attorneys for Plaintiffs John True & Gonzalo Delgado*

LATHAM & WATKINS LLP
  Alan B. Clark (#064779)
  Wendy Harper (#223690)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763
E-mail: alan.clark@lw.com
        wendy.harper@lw.com

*Attorneys for Defendant American Honda Motor Co., Inc*