LESLI GATTIS GINN
Assistant Attorney General
Texas Bar No. 24050664
Email: Lesli.Ginn@oag.state.tx.us
Tel: (512) 936-0538
JEFF M. GRAHAM
Assistant Attorney General
Texas Bar No. 24028722
Tel: (512) 475-4393
Email: jeff.graham@oag.state.tx.us

Office of the Texas Attorney General
Financial Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
Fax: (512) 477-2348
Alternate Fax: (512) 480-8327

**ATTORNEYS FOR THE STATE OF TEXAS**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN TRUE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br><br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>　　　　Defendants. | Case No. EDCV 07-287-VAP (OPx)<br><br><br><br><br><br>STATE OF TEXAS'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL MOTION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL ORDER |

The State of Texas, by and through the Office of the Texas Attorney General, has objected to the proposed settlement agreement in this class action lawsuit pursuant to the Class Action Fairness Act of 2005 (CAFA), and now submits this Response to Plaintiffs' Supplemental Motion In Support of Motion for Preliminary Approval Order.

## I. Introduction

The State of Texas (State) received the Plaintiffs' Supplemental Motion in Support of Motion for Preliminary Order ("Plaintiffs' Supplemental Motion") and has carefully considered the matters discussed therein, particularly Plaintiffs' arguments regarding the sufficiency of the relief. However, the State remains concerned about the fairness and adequacy of the proposed settlement.

## II. Grounds for Concern

### A. The Monetary Relief to the Class Benefits the Defendants First and to a Greater Degree.

Plaintiffs' Supplemental Motion does not resolve the first issue that was raised by the State: that the primary monetary relief available to the Class Members (the two rebates, Options A and B) are premised on the purchase of a new vehicle from Honda. While the rebates are not coupons, per se, they share many of the same characteristics: the realization of any relief by a class member is contingent on the Defendant's future profits.

The inherent concerns with "coupons" or merchandise credits as settlement relief are that such relief often: (1) does not provide meaningful compensation to class members; (2) fails to disgorge ill-gotten gains from the defendant; and (3) requires class members to do business with the defendant in the future in order to receive the compensation. *See Figueroa v. Sharper Image Corp.*, 517 F. Supp.2d

1292, 1302 (S.D. Fla. 2007).

### B. The Value of the DVD and its Appropriateness as a Form of Relief Are Questionable

Plaintiffs' Supplemental Motion focuses on attempting to establish the value of the DVD offered as part of the proposed settlement relief.

Despite Plaintiffs' efforts, the State remains concerned about the adequacy of this element of the settlement (as well as the other elements). First, Plaintiffs' Supplemental Motion states that the DVD "squarely addresses *the* issue raised by this case—fuel efficiency." (Pls.'s Supp. Mot. 16;emphasis in original). But the issue in this case is not fuel efficiency: the issue is the allegation that Defendant Honda made false or misleading statements in its advertising about the fuel efficiency of the Honda Civic Hybrid (HCH). (*See* Class Action Complaint 1-2.)

Nor is the issue in this case the Class Members' lack of knowledge regarding fuel efficiency or their need for "useful techniques for improving fuel economy and understanding their automobiles," which the DVD apparently addresses. (Pls.'s Supp. Mot. 16.) The issue is the allegation that Defendant Honda falsely advertised the HCH as having significantly higher gas mileage than it actually did and then sold the HCH to consumers at a premium, thereby financially harming the Class Members. Therefore, the fit between the claims in the case and the relief proposed is problematic.

### III. Conclusion

For the reasons above, the State of Texas reiterates its concerns about the fairness and adequacy of the proposed settlement in this case.

| | |
|---|---|
| 1 | |
| 2 | Respectfully submitted, |
| 3 | GREG ABBOTT<br>Attorney General of Texas |
| 4 | |
| 5 | C. ANDREW WEBER<br>First Assistant Attorney General |
| 6 | DAVID S. MORALES |
| 7 | Deputy Attorney General for Civil Litigation |
| 8 | DAVID C. MATTAX<br>Division Chief, Financial Litigation Division |
| 9 | |
| 10 | */s/ Lesli Ginn* |
| 11 | |
| 12 | LESLI GATTIS GINN<br>Assistant Attorney General |
| 13 | Office of the Texas Attorney General |
| 14 | Financial Litigation Division<br>Texas Bar No. 24050664 |
| 15 | P.O. Box 12548<br>Austin, Texas 78711-2548 |
| 16 | TEL: (512) 936-0538<br>FAX: (512) 477-2348 |
| 17 | ALTERNATE FAX: (512) 480-8327<br>Email: Lesli.Ginn@oag.state.tx.us |
| 18 | |
| 19 | |
| 20 | JEFF M. GRAHAM<br>Assistant Attorney General |
| 21 | Office of the Texas Attorney General<br>Financial Litigation Division |
| 22 | Texas Bar No. 24028722<br>P.O. Box 12548 |
| 23 | Austin, Texas 78711-2548<br>TEL: (512) 475-4393 |
| 24 | FAX: (512) 477-2348<br>ALTERNATE FAX: (512) 480-8327 |
| 25 | Email: jeff.graham@oag.state.tx.us |
| 26 | **ATTORNEYS FOR THE STATE OF TEXAS** |
| 27 | |
| 28 | |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Response to Plaintiffs' Supplemental Motion In Support of Motion for Preliminary Approval Order* was served by fax* and U.S Mail on the 26th day of June, 2009 to the following:

## ATTORNEYS FOR PLAINTIFFS

Nicholas E. Chimicles
Denise Davis Schwartzman
CHIMICLES & TIKELLIS, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
ph. (610) 642-8500
fax (610) 649-3633

Jonathan W. Cuneo
William H. Anderson
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, D.C. 20002
ph. (202) 789-3960
fax (202) 789-1813

Maxwell W. Blecher
BLECHER AND COLLINS, PC
515 South Figueroa St., 17th Floor
Los Angeles, California 90071
ph. (213) 622-4222
fax (213) 622-1656

## ATTORNEYS FOR DEFENDANT

Mark S. Mester
Livia M. Kiser
LATHAM & WATKINS, LLP
233 South Wacker Drive
Suite 5800, Sears Tower
Chicago, Illinois 60606
ph. (312) 876-7700
fax (312) 993-9767

John Mendel
AMERICAN HONDA MOTOR CO., INC.
1919 Torrance Blvd.
Torrance, California 90501
ph. (310) 783-2000

_____
LESLI GATTIS GINN

* where fax numbers are provided