# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. EDCV 07-287-VAP (OPx) | | Date JUNE 29, 2009 |

Title JOHN TRUE, individually and on behalf of all others similarly situated -v- AMERICAN HONDA MOTOR CO., INC.

Present: The Honorable    VIRGINIA A. PHILLIPS, JUDGE

| Marva Dillard | Phyllis Preston | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicholas Chimicles<br>William Anderson<br>Alison Gabe | Livia Kiser<br>Mark Mester |

Proceedings:    STATUS CONFERENCE

    The status conference is held and placed on the record.

    The parties are to meet and confer for purposes of stipulating and submitting a proposed order setting for new dates on or before July 13, 2009.

                                                                                                             - : 30

Initials of Preparer    md