1  Marianne P. Borselle (SBN 131436)
   Attorney at Law
2  805 S. Wooster St.
   Suite 301
3  Los Angeles, CA  90035-1776
   310.659.7566
4
   *Attorney for Objector Vise*
5

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

DEC 1 1 2009

CENTRAL DIVISION OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 1 2009

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

6                    **UNITED STATES DISTRICT COURT**

7                    **CENTRAL DISTRICT OF CALIFORNIA**
                     **EASTERN DIVISION (RIVERSIDE)**
8

9
   **JOHN TRUE, et al,**
10
            **Plaintiffs,**
11
   **v.**
12
   **AMERICAN HONDA MOTOR**
13 **CO.,INC.,**

14          **Defendant.**
15

16

17

CASE NO. 5:07-cv-00287-VAP-OP

**CLASS ACTION**

18          **OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT**

19     COME NOW, Stephen Vise and Richard Vise ("Objectors"), are class members in the proposed class

20 action settlement before this Court , and hereby files their objection. Objectors does not intend to appear

21 at the fairness hearing. His objection incorporates the signed letter attached hereto.  In support thereof,

22 Objectors state as follows:

23     1.     Objectors are Mr. Stephen Vise, 4013 Hunters Lane, Birmingham, AL 35243, (205) 967-

24 5722, and his son, Richard Vise, 5103 Colonial Park Rd., #R, Birmingham, AL 35242, (205)298-7464.

25 The Vise's signatures are attached to this objection and incorporated by reference. Stephen Vise

26 purchased a 2003 Honda Civic Hybrid on January 17, 2003 from Tameron Automotive Group in

27 Birmingham, Alabama serial# JHMES966X3S015354. His son bought the car from him in 2006. The

28 Class notice was sent to Richard Vise on about December 1, 2009. Therefore, by class definition,

1  Stephen Vise is a class member; but by service of Class notice, Richard Vise is a class member. The

2  window sticker on the car stated that Honda Civic Hybrid would get 47-48 mpg. (See attached) Their

3  vehicle averages 35 mpg.

4     2.      The Court gave its Second Revised Preliminary Approval to the proposed Settlement

5  Agreement between the Defendant and class representatives ("Proposed Class Settlement.") on

6  August 27, 2009 and granted a Modification to that Order on September 29, 2009.

7     3.      Objectors have become sufficiently acquainted with the Proposed Class Settlement and

8  believe as well as allege that the Proposed Class Settlement is not fair, adequate, or reasonable, all of

9  which criteria are legal standards to be applied by this Court in determining whether to approve the

10  Proposed Settlement as presented to the Court by adverse litigating parties. *In re General Motors*

11  *Corp. Engine Interchange Litigation*, 594 F.2d 1106 (7th Cir. 1979).

12     4.      The Proposed settlement is intended to benefit all Class Members consistent with the

13  Federal Rules of Civil Procedure and applicable law. Thus any such settlement must be a fair,

14  adequate and reasonable to those class members.   In addition, the trial court must analyze the factors

15  set forth by the 9th Circuit to be considered in evaluating a settlement.

16          "In determining whether a settlement agreement is fair, adequate, and
        reasonable to all concerned, a district court may consider some or all of the

17          following factors:
        The strength of plaintiffs' case; the risk, expense, complexity, and likely

18          duration of further litigation; the risk of maintaining class action status
        throughout the trial; the amount offered in settlement; the extent of discovery

19          completed, and the stage of the proceedings; the experience and views of
        counsel; **the presence of a governmental participant**; and the reaction of the

20          class members to the proposed settlement. Linney, 151 F.3d at 1242 (quoting
        Torrisi, 8 F.3d at 1375).   However, where the court is "[c]onfronted with a

21          request for settlement-only class certification," the court must look to the factors
        "designed to protect absentees."   Amchem, 521 U.S. at 620, 117 S.Ct. 2231. In

22          addition, "[s]ettlements that take place prior to formal class certification require
        a higher standard of fairness."   Dunleavy, 213 F.3d at 458 (citing Hanlon, 150

23          F.3d at 1026)."   Molski v. Gleich, 318 F.3d 937 (9th Cir. 2003)

   5.      Objectors, through their  undersigned counsel, now enter his appearance in this cause to

24  participate in further proceedings in this Court and to prosecute this action to the end purpose that

25  any settlement or resolution proposed or approved by the Court is, in all respects, fair, adequate and

26  reasonable.

27

28

6.      The Proposed Class Settlement conditionally approved by the Court contains the following deficiencies which should be addressed and corrected in order for any settlement to be fair and reasonable to the Settlement Class Members and provide adequate consideration for the general release of their substantial claims against Defendants:

(a)     The Defendant's misrepresentation of the mileage of a Honda Civic Hybrid are clear. The car gets 20-30% less mileage than stated/warranted. Liability is good. The Federal regulations regarding disclosure of operating costs (Monroney Disclosure Sticker) was violated. Poor gas mileage results were documented by Consumer Reports and other publications. Yet the Proposed Settlement provides for a coupon to purchase a new Honda vehicle (or settle for 10% in cash). Purchasers of the Hybrids get a $1000 coupon and others get a $500 coupon. Honda calls it "cash". Objectors call it "compensation in kind". "[C]ompensation in kind is worth less than cash of the same nominal value," since, as is typical with coupons, some percentage of the pre-paid envelopes claimed by class members will never be used and, as a result, will not constitute a cost to Airborne. *In re Mexico Money Transfer Litig.*, 267 F.3d 743, 748 (7th Cir. 2001).

The inherent concerns with "coupons" or merchandise credits as settlement relief are that such relief often: (1) does not provide meaningful compensation to class members; (2) fails to disgorge illgotten gains from the defendant; and (3) requires class members to do business with the defendant in the future in order to receive the compensation. *See Figueroa* v. *Sharper Image Corp.,* 51 7 F. Supp.2d 1292,1302 (S.D. Fla. 2007). Congress required heightened judicial scrutiny of coupon-based settlements based on its concern that in many cases "counsel are awarded large fees, while leaving class members with coupons or other awards of little or no value." Pub. L. 109-2, § 2(a)(3)(A), 119 Stat. 4, 4.

(b)     The educational DVD offered as a benefit is of little value to class members who have already been scammed into buying a car that gets only marginally better mileage that a regular Honda Civic (about 32 mpg).Thus total value of the settlement is over-estimated.

(c)     The representative plaintiffs in this case do not adequately represent the class. As stated above, the class is composed of people with vastly different claims. Some are purchasers, some are lessees. Further, the advertized mileage changed each year. In 2003 (the year Mr. Vise bought his

1  car) the representation was 47-48 mpg. In 2006 (the year Mr. True bought his car) the representation

2  was 49-50 mpg. There are diverse interests of the proposed class and a lack of commonality,

3  typicality and predominance. Further, because there are no sub-classes with separate counsel, the

4  representatives and their counsel are "inadequate" under Rule 23 FRCP standards . AmChem

5  Products, Inc. v. Windsor, 521 U.S. 591,  117 S.Ct.2231, 2249, 138 L. Ed.2d 689 (1997).

6  (d)      The claims procedure requires identifiable class members to take action (register on the

7  website) in order to be eligible for a coupon. Registration, claim number and voucher should be

8  automatic and transferable in all cases. Otherwise, many class members will, either knowingly or

9  unknowingly, go without compensation to the benefit of Honda. See, In Re Mexico Money Transfer

10  Litig., supra. Further, the designated class counsel will unfairly receive their fee regardless of the

11  actual benefit transferred to the class.

12  (d)      Objector adopts all bonafide grounds for objections by other class members.

13  6.      For all the forgoing reasons, Objectors respectfully submit that the terms of the Proposed

14  Settlement are  unfair, unjust, unreasonable and inadequate to the absent Class Members.

15  **WHEREFORE**, having demonstrated the unfairness, inadequacy and unreasonableness of the

16  Proposed Settlement, the Objectors request appropriate general relief as follows:

17  1.      That the Court disallow the settlement as being unfair to the class.

18  2.      That the Court disapprove the claims procedure unless amended to the benefit of the

19  class and delay approving any attorney fees until the claims process is complete.

20  3.      That the Court enter such other further Orders as may be necessary and just, so as to

21  effect substantial justice in this cause between the parties and the absent Class Members.

22  

Respectfully submitted,

23  

Marianne P. Borselle (SBN 131436)

24  Attorney for Objector Blakely
805 South Wooster St., #301

25  Los Angeles, CA   90035-1776
(310) 659-7566

26  Fax (310) 659-7566

27  

28  

4

1

## **CERTIFICATE OF SERVICE**

2        I hereby certify that on the ⟨⟨⟩⟩ ll day of December, 2009. I have forwarded a true and correct copy of the foregoing via ☐ first class mail or ■ overnight delivery, to the following:

3

4    Nicholas E. Chimicles
     Denise Davis Schwartzman
     CHIMICLES & TIKELLIS. LLP
5    361 West Lancaster Avenue
     Haverford, Pennsylvania 19041

6

7    Jonathan W. Cuneo
     William H. Anderson
8    CUNEO GILBERT & LADuCA, LLP
     507 C Street, N .E.
9    Washington, D.C. 20002

10                                             *Marianne P Borselle*

11                                        Marianne P. Borselle

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

110908
9675722

# TAMERON
## AUTOMOTIVE GROUP, INC.

1675 MONTGOMERY HWY. • BIRMINGHAM, AL. 35216
(205) 823-3333

5561

SOLD TO STEPHEN VISE
4013 HUNTERS LANE
BIRMINGHAM AL 35243

Date: 17 JAN 2003

Salesman: CEDRIC MCMILLAN

| STOCK NO. | YEAR | DESCRIPTION | SERIAL NO. | LICENSE NO. |
|-----------|------|-------------|------------|-------------|
| H30662 | NEW 2003 | HOND    CIVI | JHMES966X3S015354 | |

PURSUANT TO S409 (A) OF THE MOTOR VEHICLE INFORMATION AND COST SAVINGS ACT OF 1972, PUBLIC LAW 92-513 TAMERON AUTOMOTIVE GROUP, INC., CERTIFIES THE ODOMETER READING ON THIS VEHICLE IS _____40_____ AT TIME OF SALE AND THAT THE MILES ARE TRUE MILES UNLESS OTHERWISE INDICATED.

OPTIONAL EQUIPMENT & ACCESSORIES

| | |
|---|---|
| PURCHASE PRICE . . . . . . . . | $20504.00 |
| LESS TRADE-IN ALLOWANCE . . . . . | 0 |
| BALANCE . . . . . . . . . . | 20504.00 |
| OTHER CHARGES: | |
| SALES TAX . . . . . . . . . | 702.12 |
| LICENSE PLATE . . . . . . . . | |
| SERVICE FEE (Vehicle prep. in excess of factory allowance, decosmoline & wax where applicable and gas) | |
| TITLE FEE . . . . . . . . . | 16.50 |
| BILLING, CLERICAL & FLOORING FEE | 299.50 |
| LIEN ON TRADE-IN . . . . . | 0 |
| TOTAL . . . . . . . . . | 21522.12 |
| FWS / TAMERON | 1600.00 |
| LESS CASH ON DELIVERY . . . . . . | 5000.00 |
| BALANCE DUE SELLER . . . . . . . | 18122.12 |

SALES TAX SUMMARY
STATE       416.07
COUNTY       78.01
CITY        208.04
TOTAL       702.12

---

DESCRIPTION OF TRADE-IN

CAR

SER. NO.                LICENSE

LIEN OWING TO:

LIEN HOLDER:

AMERICAN HONDA FINANCE
PO BOX 1027
ALPHARETTA                    GA    30009

PAYMENTS:           PMTS @
         60          334.22

---

This is to certify that this is a true Bill of Sale.

_[signature]_

Tameron Automotive Group, Inc.

Subscribed and sworn to before me this ___17TH___ day of
___JAN___ , 19___2003___

My commission expires _____

You are required by law to transfer this vehicle by tag number within 10 days from date of this invoice. Penalty for failure to comply $1.50.

Note:  Check or bank draft received for merchandise covered by this invoice does not constitute payment and title to property under purchaser's agreement does not pass to purchaser until cash therefor is received by TAMERON AUTOMOTIVE GROUP, INC.

THE ONLY WARRANTIES APPLYING TO THIS VEHICLE ARE THOSE OFFERED BY THE MANUFACTURER. THE SELLER, TAMERON AUTOMOTIVE GROUP, INC. HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THIS VEHICLE. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM TAMERON AUTOMOTIVE GROUP, INC. ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR THE LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS, OR ANY OTHER INCIDENTAL DAMAGES.

Case 5:07-cv-00021-TMP-UP   Document 129   Filed 12/11/09   Page 7 of 12   Page ID #:1735

# RETAIL BUYERS ORDER

Deal No. 11090

## TAMERON AUTOMOTIVE GROUP, INC.
1675 MONTGOMERY HWY. • BIRMINGHAM, AL 35216 • (205) 823-3333

DATE: 17 JAN 2003

THE UNDERSIGNED PURCHASER: STEPHEN L VISE        Res. PHONE 967-5722        Bus. PHONE 777-7400

ADDRESS: 4013 HUNTERS LANE BIRMINGHAM AL        ZIP 35243

hereby agrees to purchase from TAMERON AUTOMOTIVE GROUP, INC. hereinafter referred to as Seller, subject to all terms, conditions and agreements contained herein, the following ☐ NEW ☑ USED ☐ DEMONSTRATOR

| YEAR | MAKE | MODEL | TYPE | CYL | SERIAL # | PRESENT MILEAGE |
|------|------|-------|------|-----|----------|-----------------|
| 2003 | HONDA | CIVIC | 4DR | 4 | 1HMES96X33L193644 | 40 |

| COLOR | STOCK # | LIC. PLATE # | DECAL # | COUNTY | SALESPERSON |
|-------|---------|--------------|---------|--------|-------------|
| TAN | H3066Z | | | | CEDRIC MCMILLAN 880049 |

### DESCRIPTION OF TRADE-IN

| YEAR | MAKE | MODEL | TYPE | COLOR |
|------|------|-------|------|-------|
| | CAR | | | |

CYL          SERIAL NO.          LIC. PLATE NO.

DECAL NO.          STATE          COUNTY          YEAR          MILEAGE

TRADE-IN LIEN HOLDER

ADDRESS

AMOUNT OF PAY - OFF          QUOTED BY

VERIFIED BY          GOOD THRU

As part of the purchase price, the Purchaser does hereby grant, bargain, sell and convey the above described automobile to Seller. Purchaser warrants title to and possession of said automobile to be in him, and that same is free from encumbrances, and all debts, except the pay off amount stated above. Purchaser further warrants his good right to sell and deliver the above described automobile.

In the event the actual lien payoff is more than the sum stated above, Purchaser hereby agrees to reimburse Seller for such difference, including all collection charges, interest and a reasonable attorney's fee. If the actual payoff is less than the sum stated above, Purchaser understands that Seller will reimburse Purchaser for any overage.

The trade-in allowance shown in this Order is the amount that the Seller agrees to allow at the time Purchaser accepts delivery and completes the Order. In the event of any disagreement over the value of the car traded in, the Seller will not be liable for any more than the wholesale market value as determined by the loan value of the automobile as shown in the Black Book, less the estimated cost of reconditioning same.

| | |
|---|---|
| LIST PRICE | $ |
| FREIGHT (if applicable) | |
| OPTIONAL EQUIPMENT | |
| | |
| | |
| TOTAL SALES PRICE | 20504.00 |
| TRADE IN ALLOWANCE | |
| DIFFERENCE | 20504.00 |
| DOCUMENTARY/SERVICE FEE | 299.50 |
| SUB TOTAL | 20803.50 |
| ALABAMA SALES TAX | 702.10 |
| TITLE FEE | 16.50 |
| ALABAMA LICENSE/TAG | |
| SUB TOTAL | 21522.10 |
| AMOUNT OWING ON TRADE-IN | |
| TOTAL AMOUNT DUE | 21522.10 |
| DEPOSIT WITH ORDER, Rec. # | |
| CASH ON DELIVERY, Rec. # | 5000.00 |
| UNPAID BALANCE DUE | $ 16522.10 |

## DISCLAIMER OF WARRANTIES

**NEW VEHICLE:** All warranties on this new vehicle are those offered by the Manufacturer. The Seller hereby expressly disclaims all warranties either express or implied including any implied warranty of MERCHANTABILITY and implied warranty of FITNESS FOR A PARTICULAR PURPOSE, and the Seller neither assumes nor authorizes any person to assume for it any liability in connection with the sale of the vehicle. This disclaimer by the Seller in no way affects the terms of loss of the Manufacturer's warranty. Purchaser shall not be entitled to recover from the Seller any consequential damages, damages to property, damages for loss of use, loss of time, loss of profits, or income, or any other incidental damages.

**USED VEHICLE:** In the event that the vehicle being purchased is a used vehicle, Purchaser hereby acknowledges that the above disclaimer will also apply to said used vehicle. Except as may be expressed completely in writing by the Seller on separate instrument delivered to the Purchaser, all used vehicles are sold "As is - With No Warranty". Purchaser hereby acknowledges that Seller has made available to him and Purchaser has read any limited warranty delivered to him by separate instrument and that said limited warranty constitutes all of the warranties with respect to the sale of this used vehicle and that any implied warranty that may not be waived by law is limited to the duration of said warranty. Purchaser understands that any new or remaining Manufacturer's warranties on used vehicles are not the responsibility of Seller.

Purchaser hereby acknowledges that he has read and understands the above and that Seller has made available to him prior to the purchase any factory warranty which purchaser understands constitutes the only warranties with respect to the sale of this vehicle.

## ADDITIONAL TERMS AND CONDITIONS

This Order shall not become binding upon either the Purchaser or the Seller until the vehicle described above is physically delivered and purchaser has received the Disclosures required under Federal Law, if applicable. In the case of a credit sale, the Seller shall not be obligated to sell until a finance source approves this Order and agrees to purchase a retail installment contract between the Purchaser and the Seller based on this Order.

It is agreed and understood that the legal title to the described automobile does not pass to Purchaser until the entire purchase price is paid in full and also until the check given by the Purchaser for all or part of the payment for said automobile clears the bank on which it is drawn.

As a part of the New Car Pre-Delivery Procedures or Used Car Reconditioning of the Seller, it body repairs in an amount not exceeding five hundred dollars ($500.00) have been made prior to the delivery of the described automobile, Purchaser waives notice concerning said repairs and accepts the automobile as delivered. Any body repairs made by the Seller exceeding $500.00 have been set out herein or in a separate disclosure statement if said repairs were made by the Seller, or were made known to it, and said repairs are hereby accepted and approved by Purchaser.

In consideration of the sale and purchase of the vehicle described above for the above stated price, Purchaser hereby acknowledges and agrees that all disputes and controversies of every kind and nature between Purchaser and Seller, including without limitation those arising out of, related to, or in connection with the purchase or lease of this vehicle, will be resolved by binding arbitration in accordance with the procedure set forth on the reverse side of this Order. _____ (Purchaser's Initials)

The Purchaser agrees that all provisions stated herein are part of this Order and that this Order supersedes any prior agreement and is the complete and exclusive agreement on the subject matters covered by this Order. Further, Purchaser and Seller agree that no person is authorized to make any representations beyond those expressed in this Order. Verbal promises by salespeople are not valid and any promises or understandings not herein specified in writing are hereby expressly waived by the Purchaser.

Purchaser warrants that he is of majority age, and further warrants that all statements contained herein are true and correct, and that the Seller may accept them as being true representations of existing facts. Purchaser authorizes Seller to check Purchaser's credit and employment history. Purchaser has read and understands all the provisions of this Order, including the Disclaimer of Warranties. Purchaser Acknowledges that he has received a true copy of this Order and that the Order has been completely filled in and signed.

DOCUMENTARY SERVICE FEE: This fee includes administrative services, notary services, courier services and fuel. This charge represents costs and/or profit to the Seller for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to this Order. This fee does not represent any payment for mechanical services which have been reimbursed to the Seller by the Manufacturer.

**CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT**

-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          08 MAR 1943
Social Security Number          Date of Birth

ACCEPTED:
TAMERON AUTOMOTIVE GROUP, INC.

Purchaser's Signature

By: _____

Purchaser's Signature

S - 0200 - 6/97          THIS ORDER IS NOT VALID UNLESS ACCEPTED BY AN AUTHORIZED REPRESENTATIVE OF THE COMPANY.

VEHICLE NUMBER: JHMES966X3S015354
ENGINE NUMBER: LDA1-C-3078   EXT: TITANIUM M.

STANDARD EQUIPMENT AT NO EXTRA COST

Manufacturer's Suggested
Retail Price **$20,550.0**

Full Tank of Fuel — No Charge

## * TECHNICAL FEATURES *
- 93hp 1.3 Liter SOHC 8 Valve i-DSI 4 Cylinder Engine with Integrated Motor Assist
- Idle Stop Feature
- EPA & CARB Ultra Low Emissions Vehicle Certified (ULEV)
- Continuously Variable Transmission (CVT)
- Front Disc Brakes
- Front MacPherson Strut Suspension
- Rear Double Wishbone Suspension
- Front and Rear Stabilizer Bars
- Electric Power Assisted Rack and Pinion Steering
- 110K Miles - No Scheduled Tune-ups (Under Normal Conditions)

## * SAFETY FEATURES *
- Driver's and Front Passenger's Air Bags (SRS)
- Driver's and Front Passenger's Side Air Bags
- Anti-Lock Braking System (ABS)
- 3-Point Seat Belts
- Lower Anchors and Tethers for Children (LATCH)
- Emergency Trunk Opener
- Front and Rear Crumple Zones
- Side Impact Door Beams
- Immobilizer Anti-Theft System
- Remote Keyless Entry System
- Bumpers Conform to Fed. Performance Standard when Tested at 5 MPH

## * INTERIOR FEATURES *
- Automatic Climate Control System with Air Filtration System
- Electronic Instrument Panel with Fuel Mileage Computer, Tachometer and IMA System Indicators
- AM/FM/CD Stereo with Anti-Theft Feature & 4 Speakers
- Driver's Folding Armrest
- Cruise Control
- Power Windows and Door Locks
- Variable Intermittent Windshield Wipers
- Driver's and Front Passenger's Vanity Mirrors
- Map Lights
- Cargo Area Light
- Front Beverage Holders
- 12 Volt Accessory Socket
- Multiple Storage Compartments

## * EXTERIOR FEATURES *
- 14"x5.5" Lightweight Alloy Wheels
- 185/70 R14 87S All-Season Tires
- Dual Body-Colored Power Door Mirrors
- Body-Colored Door Handles
- Body-Colored Side Molding
- Green-Tinted Glass
- Rear Window Defroster with Timer
- Rear Spoiler

Destination and Handling — 460.00

**TOTAL VEHICLE PRICE** (includes Pre-Delivery Service) **$21,010.00**

## PARTS CONTENT INFORMATION
FOR VEHICLES IN THIS CARLINE
U.S./Canadian Parts Content: **60%**
Major Sources of Foreign Parts Content:
**JAPAN  35%**
NOTE: Parts content does not include final assembly, distribution or other non-parts costs.

Two or more assembly plants produce the vehicles in this carline. The vehicles assembled at the plant where this vehicle was assembled have a U.S./Canadian parts content of  0%

FOR THIS VEHICLE
Final Assembly Point:
**SUZUKA,MIE,JAPAN**
Country of Origin: Engine: **JAPAN**
Transmission: **JAPAN**

This label has been affixed to this motor vehicle by American Honda Motor Co., Inc. in U.S.A. pursuant to PUBLIC LAW 85-506 which prohibits the removal or alteration of this label prior to delivery to its ultimate purchaser.

Gasoline, license and title fees, state and local taxes and dealer installed options and accessories are not included in the manufacturer's suggested retail price. Manufacturer's suggested retail price plus manufacturer's recommended pre-delivery service.

Pursuant to California State Vehicle Code Section 24011.3, "This vehicle is equipped with bumpers that can withstand an impact of 2.5 miles per hour with no damage to the vehicle's body and safety systems, although the bumper and related components may sustain damage. The bumper system on this vehicle conforms to the current federal bumper standard of 2.5 miles per hour."

Compare this vehicle to others in the FREE FUEL ECONOMY GUIDE available at the dealer.

**CITY MPG**
**48**



Fuel Economy Information
DOE EPA

**HIGHWAY MPG**
**47**



ACTUAL MILEAGE will vary with options, driving conditions, driving habits and vehicle's condition. Results reported to EPA indicate that the majority of vehicles with these estimates will achieve between

40 AND 56 mpg in the city and between
39 AND 55 mpg on the highway.

2003 CIVIC HYBRID
1.3 LITER 4-CYL ENGINE
INTEGRATED MOTOR ASSIST SYSTEM
CONTINUOUSLY VARIABLE TRANS.
MULTIPORT FUEL INJECTION
FEEDBACK FUEL SYSTEM

Estimated Annual Fuel Cost
**$484**

FOR COMPARISON SHOPPING, all vehicles classified as **COMPACT** have been issued mileage ratings ranging from
11 to 52 mpg city and
16 to 51 mpg highway

see www.fueleconomy.gov

DEALER  206815

TAMERON HONDA
1675 MONTGOMERY HWY
BIRMINGHAM   AL  35216

PORT OF ENTRY  SAN DIEGO
DELIVERY POINT  JACKSONVILLE
SHIP #
ROW/SPACE
TRANSPORTATION M

ORG. DLR.  206815
24701
HN-7922
50 STATE

VIN: JHMES966X3S015354

# ALABAMA DEPARTMENT OF REVENUE

APPLICATION

FORM
R 6-97

TYPE OF TRANSACTION:
01 - FIRST TITLE
03 - TITLE TRANSFER
04 - FILING OF LIEN
05 - RELEASE OF LIEN
06 - CORRECTION

DOT MATRIX

THIS DOCUMENT SERVES AS A PERMIT FOR THE OPERATION OF THE MOTOR VEHICLE DESCRIBED BELOW UNTIL THE REVENUE DEPARTMENT ISSUES A CERTIFICATE OF TITLE OR REFUSES TO ISSUE A CERTIFICATE AND SHALL CONTINUE TO SERVE AS EVIDENCE OF OWNERSHIP AND AS A PERMIT FOR THE OPERATION OF THE VEHICLE AFTER TITLE IS ISSUED.

TITLE NUMBER

## VEHICLE INFORMATION

| VEHICLE IDENTIFICATION NUMBER | TRANS CODE | YEAR MODEL | MAKE | MODEL | BODY TYPE | PREVIOUS ALABAMA TITLE NUMBER |
|---|---|---|---|---|---|---|
| JHMES966X3S015354 | 01 | 2003 | HOND | CIVIC | 4DR | |

| CYLS | NEW | USED | DEMO | DATE OF PURCHASE (M/D/Y) | NUMBER LIENS | COLOR | ODOMETER READING | FOR OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|---|
| 4 | X | | | 01/17/2003 | 1 | TAN | 40 | |

## OWNER INFORMATION

NAME (LAST, FIRST, MIDDLE)     FELONY OFFENSE FOR FALSE ADDRESS
VISE,STEPHEN

MAILING ADDRESS     COUNTY (ALABAMA ONLY)
4013 HUNTERS LANE

CITY     STATE     ZIP
BIRMINGHAM     AL     35243

NAME     ALABAMA OPERATOR (LESSEE) NAME AND / OR RESIDENT ADDRESS IF DIFFERENT FROM ABOVE

RESIDENT ADDRESS     FELONY OFFENSE FOR FALSE ADDRESS

CITY     STATE     ZIP

**M O**

SEE EXPLANATION ON BACK OF LIENHOLDER'S COPY OF FORM

APPLICANT SHALL DISCLOSE VEHICLE UNDER 10 YR. OLD

ODOMETER READING ON THIS APPLICATION IS (CHECK ONE)

☐ ACTUAL MILEAGE

☐ EXCEEDS MECHANICAL LIMITS

☐ NOT ACTUAL MILEAGE -- WARNING ODOMETER DISCREPANCY

## LIEN INFORMATION

NAME FIRST LIENHOLDER     FELONY OFFENSE FOR FAILURE TO NAME LIENHOLDER WITH INTENT TO DEFRAUD
AMERICAN HONDA FINANCE

MAILING ADDRESS     LIEN DATE (M/D/Y)
PO BOX 1027     01/17/2003

CITY     STATE     ZIP
ALPHARETTA     GA     30009

NAME SECOND LIENHOLDER     FELONY OFFENSE FOR FAILURE TO NAME LIENHOLDER WITH INTENT TO DEFRAUD

MAILING ADDRESS     LIEN DATE (M/D/Y)

CITY     STATE     ZIP

## OTHER INFORMATION

NAME (LAST, FIRST, MIDDLE)     OWNER'S AUTHORIZATION FOR SPECIAL MAILING
I, WE, HEREBY AUTHORIZE MY CERTIFICATE OF TITLE TO BE MAILED TO (IF NO LIENS LISTED HEREON):

MAILING ADDRESS     LOCATOR NO.

CITY     STATE     ZIP     REJECT TO:

NAME     SELLER INFORMATION     REASONS:
TAMERON AUTOMOTIVE GROUP, INC.

MAILING ADDRESS     EXAMINER NO.:
1675 MONTGOMERY HWY

CITY     STATE     ZIP     ENCL.:
BIRMINGHAM, AL     35216

NAME OF SURRENDERING
STATE:

TITLE #:

**APPLICATION NUMBER**
D1878824

## SIGN COMPLETED FORM ONLY, FELONY OFFENSE FOR FALSE STATEMENTS

I, THE UNDERSIGNED, CERTIFY THAT THE VEHICLE DESCRIBED ABOVE IS OWNED BY ME AND I HEREBY MAKE APPLICATION FOR A CERTIFICATE OF TITLE FOR SAID MOTOR VEHICLE AND THIS VEHICLE WILL NOT BE THE SUBJECT OF LIEN PRIOR TO RECEIPT OF TITLE UNLESS INDICATED ABOVE, I FURTHER CERTIFY THAT ALL INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

OWNER'S

SIGNATURE(S)
(PERSONALLY SIGNED BY EACH OWNER (IN INK) OR AUTHORIZED REPRESENTATIVE OF FIRM)

I HEREBY CERTIFY THAT THE ABOVE DESCRIBED VEHICLE HAS BEEN PHYSICALLY INSPECTED BY ME AND THAT THE V.I.N. AND DESCRIPTIVE DATA SHOWN ON THIS APPLICATION ARE CORRECT AND FURTHER, I IDENTIFIED THE PERSON SIGNING THE APPLICATION AND WITNESSED HIS SIGNATURE.

DESIGNATED AGENT:
TAMERON AUTOMOTIVE GROUP, INC.

BY:

DESIGNATED AGENT NO. 1-94

DATE 01/17/2003 YR

HANDWRITTEN APPLICATIONS WILL NOT BE ACCEPTED

OWNER'S PERMIT COPY

STATE OF ALABAMA DEPARTMENT OF REVENUE APPLICATION FOR CERTIFICATE OF TITLE
MOTOR VEHICLE DIVISION - TITLE SECTION, P.O. BOX 327640, MONTGOMERY, ALABAMA 36132-7640



P.O. Box 2709
Torrance, CA 90509-2709

JHMES9666X3S015354 R17
RICHARD VISE
5103 COLONIAL PARK RD # R
BIRMINGHAM, AL 35242-3203

0003897

PRESORTED
FIRST-CLAS'
U.S. POST*
CAROL S ^
PERMIT

Model Year:

t I have the legal authority to
ə out.

*FIRST TWO PAGES OF RICHARD VISE'S NOTICE.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| JOHN TRUE, et al., | |
| Plaintiffs, | CASE NO. 5:07-cv-00287-VAP-OP |
| v. | CLASS NOTICE |
| AMERICAN HONDA MOTOR CO., INC., | |
| Defendant. | |

If you purchased or leased a new Honda Civic Hybrid ("HCH") model year 2003 through 2008, you are a member of a proposed Settlement Class ("Settlement Class Member") as a result of a proposed settlement of the above-referenced lawsuit (the "Lawsuit") and may be entitled to a cash rebate of $500 or $1,000 on a new (model year 2009, 2010 or 2011) Honda or Acura (subject to several exclusions, noted below) or, if you expressed dissatisfaction with the fuel economy you obtained for your HCH (subject to the conditions set forth herein), you may be entitled to a cash payment of $100. All Settlement Class Members will receive a DVD to be produced for this settlement with advice on how to optimize gas mileage for their vehicles. Please read this notice carefully, as it affects your legal rights. Capitalized terms herein have the same definitions as ascribed to them in the Class Action Settlement Agreement and Release ("Settlement Agreement") entered into in connection with this settlement.

A Federal Court authorized this notice. This is not a solicitation from a lawyer.

If the Court gives final approval to the proposed settlement at the Final Approval Hearing scheduled to be held on January 11, 2010 at 10:00 a.m. or such other date as is set by the Court (check www.HCHsettlement.com to confirm date and time) and enters a Final Order and Judgment which becomes final, American Honda Motor Co., Inc. ("AHM") will post on the Internet a Fuel Economy Video on the HCH Fuel Economy Website at www.HCHsettlement.com. Upon accessing this website and entering your HCH's vehicle identification number (VIN) into the designated field, you will be able view a Fuel Economy Video that will provide you with information and advice on how to maximize and optimize fuel economy for your vehicle. On the website, you will also be able to download a Claim Form. You must submit your properly-completed Claim Form with supporting documentation to the Settlement Administrator during the applicable claims period for the option you select (set forth in further detail below) in order to claim the benefits of this settlement in addition to the DVD. All Settlement Class Members who elect to file a claim, and others who decline to file a claim but who do not elect to exclude themselves from the settlement (by following the procedures set forth herein, will release AHM and others from claims which were alleged or which could have been alleged in the Lawsuit."

If you do not have access to the internet you can receive more information about the details of this settlement by contacting the Settlement Administrator at 1-800-999-1009.

Please see the Settlement Agreement for a complete enumeration of the claims which will released when the Final Order and Judgment becomes Final (the "Released Claims").

Questions? Contact the Settlement Administrator at 1-800-999-1009 or Class Counsel at 1-866-399-2487.

1

| | |
|---|---|
| AM I A MEMBER OF THE SETTLEMENT CLASS? | See Paragraph 4 below for the Settlement Class definition. |
| HOW DO I PARTICIPATE IN THE SETTLEMENT? | A Settlement Class Member must complete and submit a Claim Form in accordance with the instructions set forth in the Claim Form to receive the monetary benefits under the settlement. See Paragraph 6 below. All Settlement Class Members will receive the specially-produced DVD regarding fuel economy. |
| HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT? | You may not participate in the settlement if you choose to exclude yourself. You must follow the procedures set forth herein and in the Settlement Agreement in order to exclude yourself. See Paragraph 9(b) below. |
| HOW DO I OBJECT TO THE SETTLEMENT? | If you wish to object to any part of this settlement, you must follow the instructions in Paragraph 9(c) below and file your objection with the Court and serve it on Class Counsel. |
| MAY I ATTEND THE HEARING? | If you wish to attend or have your attorney attend the hearing on your behalf, you may do so, but if you or your attorney would like to address the Court during the hearing, you must follow certain procedures. Any member of the Settlement Class may attend the hearing. See Paragraph 10 below. |
| WHAT HAPPENS IF I DO NOT SUBMIT A CLAIM FORM? | If you do not sign and return a Claim Form, you will not receive a monetary benefit under this settlement. |
| WHAT HAPPENS IF I DO NOT ELECT OPTION A OR OPTION B AND DO NOT QUALIFY FOR OPTION C? | If you do not elect Option A or Option B, and you do not qualify for Option C, you will not receive a monetary benefit under this settlement but you will still receive a copy of a specially-produced DVD providing advice regarding improving your fuel economy. |

1. THE ACTION: On March 9, 2007, Named Plaintiff John True brought the Lawsuit on behalf of himself and a proposed class of purchasers and lessees of Honda Civic Hybrid ("HCH") vehicles during the time period of March 1, 2003 through March 1, 2007 alleging generally, among other things, that the fuel economy estimates calculated in accordance with regulations promulgated by the United States Environmental Protection Agency and which AHM advertised for the HCH could not be achieved in "normal" driving conditions. On November 16, 2007, a First Amended Complaint was filed adding Named Plaintiff Gonzalo Delgado.

2. AHM'S POSITION: AHM denies the allegations in the Lawsuit; denies that it has engaged in any wrongdoing; and denies that its advertising for the HCH was in any respect false or misleading.

3. NOTICE: This notice informs members of the Settlement Class of the Lawsuit and the proposed settlement, and describes their rights, options and choices. This notice and the Settlement

Questions? Contact the Settlement Administrator at 1-800-999-1009 or Class Counsel at 1-866-399-2487.

2

December 8, 2009

Clerk of Court
United States District Court
Central District of California, Eastern District-Riverside
3470 Twelfth Street,
Riverside, California 92501
(951) 328-4450

Nicholas E. Chimicles, Esq.
Denise Davis Schwartzman, Esq.
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041

Jonathan W. Cuneo, Esq.
William H. Anderson, Esq.
**CUNEO GILBERT & LaDUCA LLP**
507 C Street, N.E.
Washington, D.C. 20002

Dear Clerk and Class Counsel,

     I am a member of the proposed class of Honda Civic Hybrid Owners. Attached are my proof of purchase and VIN number. I object to the proposed settlement because it does not provide me or the class with sufficient benefit. I do not think a coupon to buy a new Honda is a very good benefit because it benefits Honda too. I also object to the attorney fees as excessive. I adopt any other grounds set forth by my attorney as well as any valid objections from other class members.

Sincerely,

Stephen Vise
4013 Hunter Lane
Birmingham, AL 35243
(205) 967-5722