LATHAM & WATKINS LLP
  Wendy Harper (#223690)
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: wendy.harper@lw.com

LATHAM & WATKINS LLP
  Mark S. Mester (*pro hac vice*)
  Livia M. Kiser (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: mark.mester@lw.com
         livia.kiser@lw.com

*Attorneys for Defendant American Honda Motor Co., Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| JOHN TRUE, et al., | CASE NO. 5:07-cv-00287-VAP-OP |
| Plaintiffs, | STATUS REPORT OF AMERICAN HONDA MOTOR CO., INC. |
| v. | |
| AMERICAN HONDA MOTOR CO., INC., | PRETRIAL CONF. & TRIAL DATE: NOT YET SCHEDULED |
| Defendant. | |

## STATUS REPORT OF AMERICAN HONDA MOTOR CO., INC.

Defendant American Honda Motor Co., Inc. ("American Honda"), by and through its counsel, provides the Court with the following status report. More specifically, American Honda wishes to update the Court on the continuing discussions between the parties regarding settlement in light of the issues identified in the Court's February 26, 2010 Order denying without prejudice (1) Plaintiffs' Motion For Final Approval Of Settlement and (2) Plaintiffs' Motion For Attorneys' Fees And Incentive Awards.

1. In the February 26, 2010 Order, the Court identified several concerns with the then-proposed settlement. Those concerns included the following:

   a. Eligibility for Option C (i.e., the $100 payment) was limited to only those members of the settlement class who had previously lodged a documented complaint with American Honda or Plaintiffs' counsel. See Feb. 26, 2010 Order (dkt. #166) at 24 ("[T]he proposed settlement's award of a cash payment - 'Option C' - to only a select sub-group of the class creates the most significant obstacle to approval of this settlement.").

   b. The potential conflicts of interest and adequacy issues caused by limiting Option C to only those persons who made a documented complaint. See Feb. 26, 2010 Order (dkt. #166) at 21, 26-28.

   c. The proposed settlement permitted members of the settlement class a redemption period of only twelve months for Option A or Option B. See Feb. 26, 2010 Order (dkt. #166) at 44.

   d. The Fuel Economy DVD has yet to be produced, and American Honda was not required under the proposed settlement to provide story boards or scripts to the Court or Plaintiffs' counsel before any final approval. See Feb. 26, 2010 Order (dkt. #166) at 50.

   e. Members of the settlement class who elected to opt-out were not given notification of the changes to the proposed settlement that were reflected

2

Status Report of American Honda Motor Co., Inc.
True, et al., v. American Honda Motor Co., Inc.
Case No. 5:07-cv-00287-VAP-OP

in the February 5, 2010 letter by and between American Honda and Plaintiffs' counsel clarifying and amending the Class Action Settlement Agreement and Release (the "February 5, 2010 Letter").  See Feb. 26, 2010 Order (dkt. #166) at 66.

   f. Per the Class Action Fairness Act ("CAFA"), the attorneys general of the impacted states and the Attorney General of the United States were not notified of the changes to the proposed settlement that were reflected in the February 5, 2010 Letter.  See Feb. 26, 2010 Order (dkt. #166) at 67.

  2. Since the February 22, 2010 hearing, the parties have engaged in relatively extensive discussions and negotiations regarding settlement and the Court's February 26, 2010 Order.  Those efforts have included in-person discussions, numerous conference calls and other communications.  Those efforts are, in turn, continuing.

  3. The parties intend to continue their discussions this week and will be in a position to provide the Court with a further update at the April 26, 2010 status hearing.

Dated:  April 19, 2010

            Respectfully Submitted,
             LATHAM & WATKINS LLP

            By: /s/Mark S. Mester

              Mark S. Mester

            LATHAM & WATKINS LLP
             Mark S. Mester (*pro hac vice*)
             Livia M. Kiser (*pro hac vice*)
            233 South Wacker Drive, Suite 5800
            Chicago, Illinois 60606
            Telephone:  (312) 876-7700
            Facsimile:  (312) 993-9767
            E-mail:  mark.mester@lw.com
               livia.kiser@lw.com

LATHAM & WATKINS LLP
  Wendy Harper (#223690)
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:     wendy.harper@lw.com

*Attorneys for Defendant American Honda Motor Co., Inc.*

4

Status Report of American Honda Motor Co., Inc.
True, et al., v. American Honda Motor Co., Inc.
Case No. 5:07-cv-00287-VAP-OP

## PROOF OF SERVICE

I am employed in the County of Cook, State of Illinois. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Driver, Chicago, Illinois 60606.

On **April 19, 2010**, the following document described as:

### STATUS REPORT OF AMERICAN HONDA MOTOR CO., INC.

was served via the Court's ECF filing system on individuals registered to receive copies electronically, and in the following manner on the individuals who are not so registered:

### BY UNITED STATES MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service (USPS). Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing them with USPS; such documents are delivered to USPS on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with USPS.to the individuals identified on the service list.

### SEE ATTACHED U.S. MAIL SERVICE LIST

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 19, 2010**, at Chicago, Illinois.

_Livia M. Kiser_
Livia M. Kiser

## U.S. MAIL SERVICE LIST

Matthew P Kelly
Winston & Strawn LLP
333 South Grand Avenue
38th Fl
Los Angeles CA 90071

Matthew Wiener
Cuneo Gilbert & LaDuca LLP
507 C Street N.E.
Washington DC 20002

M Frank Bednarz
Center of Class Action Fairness
312 North May Street Suite 100
Chicago IL 60607