CUNEO GILBERT & LADUCA, LLP
  Jonathan W. Cuneo (*pro hac vice*)
  William H. Anderson (*pro hac vice*)
507 C Street, N.E.
Washington, D.C. 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
E-mail: jonc@cuneolaw.com
        wanderson@cuneolaw.com

CHIMICLES & TIKELLIS LLP
  Nicholas E. Chimicles (*pro hac vice*)
  Denise Davis Schwartzman (*pro hac vice*)
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
E-mail: nick@chimicles.com
        deniseschwartzman@chimicles.com

*Attorneys for Plaintiffs John True and Gonzalo Delgado (additional attorneys listed on signature page)*

LATHAM & WATKINS LLP
  Mark S. Mester (*pro hac vice*)
  Livia M. Kiser (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: mark.mester@lw.com
        livia.kiser@lw.com

*Attorneys for Defendant American Honda Motor Co., Inc. (additional attorneys listed on signature page)*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION - RIVERSIDE**

| | |
|---|---|
| JOHN TRUE, et al., | **CASE NO. 5:07-cv-00287-VAP-OP** |
| Plaintiffs, | **JOINT STATUS REPORT AND REQUEST TO VACATE JUNE 21, 2010 TELEPHONIC STATUS CONFERENCE IN ORDER TO PROVIDE FURTHER WRITTEN REPORTS** |
| v. | |
| AMERICAN HONDA MOTOR CO., INC., | |
| Defendant. | **PRETRIAL CONF. & TRIAL DATE: NOT YET SCHEDULED** |

Plaintiffs John True and Gonzalo Delgado (collectively, "Plaintiffs") and Defendant American Honda Motor Co., Inc. ("American Honda" and, collectively with Plaintiffs, the "Parties"), by and through undersigned counsel, provide the Court with the following status report concerning the mediation ordered by this Court on April 26, 2010. See April 26, 2010 Hr'g Tr., Ex. A hereto, at 9. The Parties also respectfully request the Court vacate the telephonic status conference currently set for June 21, 2010 (dkt.#175) and permit the Parties to instead provide further written reports regarding the Parties' mediation session (taking place today, June 14, 2010) on or before June 21, 2010.

In support of this request, the Parties state as follows:

1. During the April 26, 2010 telephonic hearing, the Court ordered the Parties to mediation so that a mediator could "listen to what both sides say and take a look at the [February 26, 2010] order." See April 26, 2010 Hr'g Tr., Ex. A hereto, at 9.

2. The Court subsequently ordered the Parties to file a written status report on or before June 14, 2010, and set a telephonic status conference for June 21, 2010. See Minutes of Telephonic Status Conference (dkt.#175).

3. Immediately after the April 26, 2010 telephonic hearing, the Parties contacted Judge Layn R. Phillips and Judge William A. Cahill to determine their availability to serve as neutrals in a mediation.

4. Judge Phillips' office advised the Parties that his first available date was not until the end of July, 2010. Judge Cahill's office, in turn, advised the Parties that his first available dates were either June 11, 2010 or June 14, 2010.

5. Counsel for American Honda, however, already had a court-ordered deposition scheduled for June 11, 2010 in Chicago, Illinois for another matter and, therefore, could not be available on June 11, 2010. Accordingly, the Parties scheduled the mediation for the second of the two earliest dates available, namely June 14, 2010.

6. Since the April 26, 2010 hearing and in advance of the formal mediation session, the Parties have continued their discussions and negotiations regarding settlement and the Court's February 26, 2010 Order. Those efforts have included in-person discussions (including a meeting in New York City on May 17, 2010), numerous conference calls and other communications.

7. Those efforts are, in turn, continuing today through the formal mediation session with Judge Cahill.

8. Because the mediation session is taking place today, June 14, 2010, the Parties are only in a position to advise the Court of the fact that the mediation session is occurring today. The Parties believe, however, that it would be beneficial to provide the Court with a further written update regarding the mediation session after it has been completed.

9. Accordingly, the Parties respectfully request that the Court vacate the June 21, 2010 telephonic status conference. In addition, in lieu of the June 21, 2010 telephonic status conference, the Parties respectfully request that the Court instead order the Parties to file a further written update regarding the June 14, 2010 mediation session with Judge Cahill. The parties anticipate that their written submission(s) will include a recommendation as to whether the parties' next status conference should be in-person or telephonic and also the appropriate timing for such a conference.

STIPULATED AND AGREED UPON BY:

| CUNEO GILBERT & LADUCA, LLP | LATHAM & WATKINS LLP |
|---|---|
| By: /s/Jonathan W. Cuneo | By: /s/Mark S. Mester |
| Jonathan W. Cuneo | Mark S. Mester |

| | |
|---|---|
| CUNEO GILBERT & LADUCA, LLP<br>  Jonathan W. Cuneo (*pro hac vice*)<br>  William H. Anderson (*pro hac vice*)<br>507 C Street, N.E.<br>Washington, D.C. 20002<br>Telephone:  (202) 789-3960<br>Facsimile:   (202) 789-1813<br>E-mail: jonc@cuneolaw.com<br>         wanderson@cuneolaw.com | LATHAM & WATKINS LLP<br>  Mark S. Mester (*pro hac vice*)<br>  Livia M. Kiser (*pro hac vice*)<br>233 South Wacker Drive, Suite 5800<br>Chicago, Illinois 60606<br>Telephone:  (312) 876-7700<br>Facsimile:  (312) 993-9767<br>E-mail:  mark.mester@lw.com<br>         livia.kiser@lw.com |
| CHIMICLES & TIKELLIS LLP<br>  Nicholas E. Chimicles (*pro hac vice*)<br>  Denise Davis Schwartzman (*pro hac vice*)<br>361 West Lancaster Avenue<br>Haverford, Pennsylvania 19041<br>Telephone:  (610) 642-8500<br>Facsimile:   (610) 649-3633<br>E-mail: nick@chimicles.com<br>         deniseschwartzman@chimicles.com | LATHAM & WATKINS LLP<br>  Wendy Harper (SB#223690)<br>633 West Fifth Street, Suite 4000<br>Los Angeles, California 90071-2007<br>Telephone:  (213) 485-1234<br>Facsimile:   (213) 891-8763<br>E-mail:  wendy.harper@lw.com<br><br>*Attorneys for Defendant American Honda Motor Co., Inc.* |
| BLECHER & COLLINS, PC<br>  Maxwell M. Blecher (SB#26202)<br>515 South Figueroa Street, 17th Floor<br>Los Angeles, California 90071<br>Telephone:  (213) 622-4222<br>Facsimile:   (213) 622-1656<br>E-mail:  mblecher@blechercollins.com | |

## PROOF OF SERVICE

I am employed in the County of Cook, State of Illinois. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 233 South Wacker Drive, Suite 5800, Chicago, Illinois 60606.

On **June 14, 2010**, the following document described as:

**JOINT STATUS REPORT AND REQUEST TO VACATE JUNE 21, 2010 TELEPHONIC STATUS CONFERENCE IN ORDER TO PROVIDE FURTHER WRITTEN REPORTS**

was served via the Court's ECF filing system on individuals registered to receive copies electronically, and in the following manner on the individuals who are not so registered:

### BY UNITED STATES MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service (USPS). Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing them with USPS; such documents are delivered to USPS on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with USPS to the individuals identified on the service list.

### SEE ATTACHED U.S. MAIL SERVICE LIST

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **June 14, 2010**, at Chicago, Illinois.

*Sue K. Paik*
Sue K. Paik

## U.S. MAIL SERVICE LIST

Matthew P Kelly
Winston & Strawn LLP
333 South Grand Avenue
38th Fl
Los Angeles CA 90071

Matthew Wiener
Cuneo Gilbert & LaDuca LLP
507 C Street N.E.
Washington DC 20002

M Frank Bednarz
Center of Class Action Fairness
312 North May Street Suite 100
Chicago IL 60607