LATHAM & WATKINS LLP
  Wendy Harper (#223690)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:   (213) 891-8763
E-mail:  wendy.harper@lw.com

LATHAM & WATKINS LLP
  Mark S. Mester (*pro hac vice*)
  Livia M. Kiser (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:  (312) 876-7700
Facsimile:   (312) 993-9767
E-mail:  mark.mester@lw.com
         livia.kiser@lw.com

*Attorneys for Defendant American Honda Motor Co., Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| JOHN TRUE and GONZALO DELGADO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., <br><br> Defendant. | CASE NO. 5:07-cv-00287-VAP-OP <br><br> Judge Virginia A. Phillips <br><br> **AUGUST 13, 2010 SUPPLEMENTAL STATUS REPORT OF AMERICAN HONDA** <br><br> STATUS CONFERENCE:  AUGUST 20, 2010 <br><br> TIME:  2:00 P.M. |

In anticipation of the August 20, 2010 status conference in this matter, Defendant American Honda Motor Co., Inc. ("American Honda") submits the following supplemental status report in order to apprise the Court of recent developments in the two related cases now pending in California state court:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

August 13, 2010 Supplemental Status
Report of American Honda
Case No.: 5:07-cv-00287-VAP-OP

### A. Thieben

1. As previously disclosed in Plaintiffs' July 19, 2010 submission, Plaintiffs' counsel filed a competing class case in California state court on July 13, 2010. See Pls.' Sec. Supp. Status Rpt. (Dkt.#186) at ¶ 7. That case was filed on behalf of Kevin Thieben, who it appears did not opt out of the settlement class in this case. See Decl. of Settlement Administrator (Dkt.#137-2) and Attachment A thereto. The proposed class in Thieben, however, substantially overlaps with the proposed class in this case. See Decl. of William Anderson (Dkt.# 186-1) and Ex. A thereto (Thieben Compl.) at ¶ 39.

2. On July 16, 2010, Plaintiffs' counsel filed before the Judicial Council of California (a) a petition seeking coordination of Thieben and Lockabey and (b) a petition seeking a stay of all proceedings pending a decision on coordination. See Decl. of William Anderson (Dkt.# 186-1) and Ex. B thereto.

3. Responses to the submissions made by Plaintiffs' counsel were, in turn, filed on July 30, 2010 by class counsel in the other case pending in California state court (i.e., Lockabey). See Lockabeys' Opposition To Request For Stay Submitted With Petition For Coordination, Ex. 1 hereto.

4. To date, however, we are not aware of any disposition of the two submissions made by Plaintiffs' counsel, and we understand that the petition for coordination will not be ruled upon until a coordination judge is assigned and a hearing date is set. See, e.g., Cal. Civ. R. 3.521; see also Cal. Civ. R. 3.501; Cal. Code Civ. P. 404.

### B. Lockabey

5. As reported to the Court in American Honda's Response to Plaintiffs' July 19, 2010 Supplemental Status Report, the Lockabey action was filed on March 15, 2010. See American Honda's Resp. to Pls.' July 19, 2010 Supp. Status Report (Dkt.#188) at ¶ 1 and Ex. 2 to Decl. of Livia Kiser (Dkt.#188-3) filed concurrently therewith.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

2

August 13, 2010 Supplemental Status
Report of American Honda
Case No.: 5:07-cv-00287-VAP-OP

6. At the July 2, 2010 Case Management Conference in <u>Lockabey</u>, Judge Timothy B. Taylor ordered the parties in that case to mediation before Justice Howard B. Wiener (ret.). <u>See</u> American Honda's Resp. to Pls.' July 19, 2010 Supp. Status Report (Dkt.#188) at ¶ 5; <u>see</u> also Decl. of Livia Kiser (Dkt.#188-3) at Ex. 4.

7. Justice Wiener had previously served as a mediator in the <u>Paduano</u> matter. <u>See</u> American Honda's Resp. to Pls.' July 19, 2010 Supp. Status Report (Dkt.#188) at 2 n.2; <u>see</u> also Feb. 26, 2010 Order at 36.

8. The initial mediation session in <u>Lockabey</u> took place on July 26, 2010 in San Diego, California with Justice Wiener serving as mediator. <u>See</u> Decl. of Livia Kiser, Ex. 2 hereto, at ¶ 2. The mediation began at 9:00 a.m. PDT and continued until approximately 4:00 p.m. PDT. <u>See</u> <u>id.</u> at ¶ 3.

9. Although no agreement was reached, the discussions were productive, with this Court's February 26, 2010 Order serving as a template for the discussions that took place. <u>See</u> Decl. of Livia Kiser, Ex. 2 hereto, at ¶ 4. Another mediation session is currently scheduled in early September.

10. During the course of the July 26, 2010 mediation session, however, Justice Wiener and the parties determined that prior to engaging in further negotiations, it would be helpful to invite Plaintiffs' counsel in this case to participate in a subsequent mediation session. <u>See</u> Decl. of Livia Kiser, Ex. 2 hereto, at ¶ 5.

11. Accordingly, Plaintiffs' counsel were formally invited to participate in the <u>Lockabey</u> mediation by letter dated July 29, 2010, and they were invited to contact Justice Wiener for information regarding the mediation and the earlier discussions. <u>See</u> July 29, 2010 Corresp. fr. A. Mansfield to J. Cuneo, Ex. 3 hereto.

12. On or around August 3, 2010, Plaintiffs' counsel contacted counsel for American Honda and indicated that they had received the July 29, 2010 letter.

1  See Decl. of Livia Kiser, Ex. 2 hereto, at ¶ 6. They further indicated that they
2  would be contacting Justice Wiener to discuss the initial mediation session. See id.
3  at ¶ 7.

4      13.    To date, however, we have received no further communication from
5  Plaintiffs' counsel as to whether they will be participating in a subsequent
6  mediation session with Justice Wiener. See Decl. of Livia Kiser, Ex. 2 hereto, at
7  ¶ 8.

### C. American Honda's Position

9      14.    American Honda will, of course, continue to mediate in good faith in
10  Lockabey, and hopefully, Plaintiffs' counsel will agree to also participate in that
11  mediation. See, e.g., July 29, 2010 Corresp. fr. A. Mansfield to J. Cuneo, Ex. 3
12  hereto. In addition, American Honda remains willing to engage in a second
13  mediation session before Judge Cahill. See American Honda's Resp. to Pls.' July
14  19, 2010 Supp. Status Report (Dkt.#188) at ¶ 9. To date, however, Plaintiffs'
15  counsel have not expressed an interest in doing so, though there has been some
16  discussion between the parties as to whether it would be productive for Judge
17  Cahill to make a direct report to this Court before a second mediation session. See
18  Decl. of Livia Kiser, Ex. 2 hereto, at ¶ 9.

19      15.    In any event, American Honda recognizes that any settlement reached
20  in any of these cases would need to address each of the concerns the Court raised
21  in its February 26, 2010 Order, and the February 26, 2010 Order has been a focus
22  of the mediation session before Judge Cahill as well as the mediation session
23  before Justice Wiener. See Feb. 26, 2010 Order (Dkt.#166); Decl. of Livia Kiser,
24  Ex. 2 hereto, at ¶ 4.

Dated: August 13, 2010          Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Livia M. Kiser
One of the Attorneys for Defendant
American Honda Motor Co., Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

4

August 13, 2010 Supplemental Status
Report of American Honda
Case No.: 5:07-cv-00287-VAP-OP

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Wendy Harper (#223690)<br>355 South Grand Avenue |
| 3 | Los Angeles, California 90071-1560<br>Telephone: (213) 485-1234 |
| 4 | Facsimile: (213) 891-8763<br>E-mail: wendy.harper@lw.com |

1  LATHAM & WATKINS LLP
     Wendy Harper (#223690)
2  355 South Grand Avenue
   Los Angeles, California 90071-1560
3  Telephone: (213) 485-1234
   Facsimile:   (213) 891-8763
4  E-mail: wendy.harper@lw.com

5  LATHAM & WATKINS LLP
     Mark S. Mester (*pro hac vice*)
     Livia M. Kiser (*pro hac vice*)
6  233 South Wacker Drive, Suite 5800
   Chicago, Illinois 60606
7  Telephone: (312) 876-7700
   Facsimile:   (312) 993-9767
8  E-mail: mark.mester@lw.com
           livia.kiser@lw.com
9
10  *Attorneys for Defendant American Honda Motor Co., Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

5

August 13, 2010 Supplemental Status
Report of American Honda
Case No.: 5:07-cv-00287-VAP-OP