UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 07-00287-VAP (OPx)                           Date:  August 20, 2010

Title:   JOHN TRUE, individually and on behalf of all others similarly situated -v- AMERICAN HONDA MOTOR CO., INC.
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Jim Holmes, Relief | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   ORDER SETTING FURTHER STATUS CONFERENCE

A Status Conference came on regularly for hearing in this matter.

The Court having conferred with Counsel, it is determined that a further status conference should be held in this matter on October 26, 2010, at 10:00 a.m., in Courtroom No. 2 of the above-entitled court.

Counsel are to file briefs on the subject matters as discussed on the record by no later than October 20, 2010.