CUNEO GILBERT & LADUCA, LLP
  Jonathan W. Cuneo (*pro hac vice*)
  William H. Anderson (*pro hac vice*)
507 C Street, N.E.
Washington, D.C. 20002
Telephone:  (202) 789-3960
Facsimile:   (202) 789-1813
E-mail:  jonc@cuneolaw.com
         wanderson@cuneolaw.com

CHIMICLES & TIKELLIS LLP
  Nicholas E. Chimicles (*pro hac vice*)
  Alison G. Gushue (*pro hac vice*)
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone:  (610) 642-8500
Facsimile:   (610) 649-3633
E-mail:  nick@chimicles.com
         arg@chimicles.com

*Attorneys for Plaintiffs John True and Gonzalo Delgado (additional attorneys listed on signature page)*

LATHAM & WATKINS LLP
  Wendy Harper (SB#223690)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone:  (213) 891-7767
Facsimile:   (213) 891-8763
E-mail:  wendy.harper@lw.com

LATHAM & WATKINS LLP
  Mark S. Mester (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:  (312) 876-7700
Facsimile:   (312) 993-9767
E-mail:  mark.mester@lw.com

BARACK FERRAZZANO KIRSCHBAUM
& NAGELBERG LLP
  Livia M. Kiser, Esq. (*pro hac vice*)
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone:  (312) 984-3100
Facsimile:  (312) 984-3150
E-mail: livia.kiser@bfkn.com

*Attorneys for Defendant American Honda Motor Co., Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION - RIVERSIDE**

| | |
|---|---|
| JOHN TRUE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>    Defendant. | CASE NO. 5:07-cv-00287-VAP-OP<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS**<br><br>**DATE: NO DATES SCHEDULED** |

Plaintiffs John True and Gonzalo Delgado ("Plaintiffs") and Defendant American Honda Motor Co., Inc., ("AHM," and collectively, the "Parties"), by and through undersigned counsel, respectfully request that this Court stay all proceedings in this action pending judicial review by Judge B. Timothy Taylor of the San Diego Superior Court of a proposed settlement that shall apply to this case and four additional, related cases, two of which are pending before this Court. In support of this request, the Parties state as follows:

    1.    On June 20, 2011, the Parties appeared before the Court for a status conference in two related actions: (1) *Gibble v. American Honda*, Case No. 2:10-cv-06148-VAP-OP (C.D. Cal.) ("*Gibble*"); and (2) *Stouch v. American Honda*, Case No. 2:10-cv-06236-VAP-OP ("*Stouch*"). During the June 20, 2011 conference, the Parties reported that after repeated mediation sessions and a substantial amount of negotiation conducted over many months, an agreement in principle had been reached that would resolve this case, *Gibble*, *Stouch* and the following, additional related actions: *Lockabey v. American Honda*, Case No. 37-2010-00087755-CU-BT-CTL (San Diego County Superior Court) ("*Lockabey*"); and *Thieben v. American Honda*, Case No. BC 441454 (Los Angeles County Superior Court) ("*Thieben*"). Counsel for Plaintiffs in this case are also counsel

for the plaintiffs in *Gibble*, *Stouch* and *Theiben*. In *Lockabey*, plaintiffs are represented by separate counsel ("*Lockabey* counsel").

2. During the June 20, 2011 conference, the Parties discussed with the Court filing the instant stipulation to stay this case after the Parties had successfully documented the proposed settlement in a formal written agreement ("Settlement Agreement"). The Court agreed that the Parties should file such a stipulation. The Court, in turn, further ordered the Parties to provide a copy of the Settlement Agreement as an attachment to this filing. In addition, the Court directed AHM to provide briefing on the impact of the provisional certification by this Court of a settlement class in light of the Court's later decision to deny without prejudice final approval of a proposed class settlement.

3. Following the June 21, 2011 status conference, the Parties (including *Lockabey* counsel) engaged in further discussions to reach agreement on details relating to the proposed settlement and documented the settlement through a series of exchanged drafts of the Settlement Agreement and ancillary documents. Effective as of September 2, 2011, the Parties and *Lockabey* counsel entered into the Settlement Agreement. The entire filing in support of preliminary approval, which includes the Settlement Agreement and all ancillary documents related thereto, is attached hereto as Exhibit A.

4. In addition, AHM prepared a memorandum addressing the impact of conditional certification of a settlement class at the preliminary approval stage in connection with a settlement that the Court ultimately rejected and for which the Court declined to grant final approval. That memorandum is attached hereto as Exhibit B.

5. In the event that the proposed settlement receives final approval, counsel for Plaintiffs will promptly move this Court on or after the Effective Date (as that term is defined in the Settlement Agreement) for dismissal of this action and *Gibble* and *Stouch* with prejudice.

1  WHEREFORE, the Parties respectfully request that the Court stay this
2  action and for such other relief as the Court deems appropriate.
3  STIPULATED AND AGREED UPON SEPTEMBER 6, 2011, BY:

| CUNEO GILBERT & LADUCA, LLP | AMERICAN HONDA MOTOR CO., INC. |
|---|---|
| By: /s/Jonathan W. Cuneo<br>　　Jonathan W. Cuneo | By: /s/ Mark S. Mester<br>　　Mark S. Mester |
| CHIMICLES & TIKELLIS LLP | *Attorneys for Defendant American Honda Motor Co., Inc.* |
| By: /s/Nicholas E. Chimicles<br>　　Nicholas E. Chimicles | |
| *Attorneys for Plaintiffs and the Proposed Class.* | LATHAM & WATKINS LLP<br>　Mark S. Mester (*pro hac vice*)<br>233 South Wacker Drive, Suite 5800<br>Chicago, Illinois 60606<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>E-mail: mark.mester@lw.com |
| CUNEO GILBERT & LADUCA, LLP<br>　Jonathan W. Cuneo (*pro hac vice*)<br>　William H. Anderson (*pro hac vice*)<br>507 C Street, N.E.<br>Washington, D.C. 20002<br>Telephone: (202) 789-3960<br>Facsimile: (202) 789-1813<br>E-mail: jonc@cuneolaw.com<br>　　　wanderson@cuneolaw.com | LATHAM & WATKINS LLP<br>　Wendy Harper (SB#223690)<br>355 South Grand Avenue<br>Los Angeles, California 90071-1560<br>Telephone: (213) 891-7767<br>Facsimile: (213) 891-8763<br>E-mail: wendy.harper@lw.com |
| CHIMICLES & TIKELLIS LLP<br>　Nicholas E. Chimicles (*pro hac vice*)<br>　Alison G. Gushue (*pro hac vice*)<br>361 West Lancaster Avenue<br>Haverford, Pennsylvania 19041<br>Telephone: (610) 642-8500<br>Facsimile: (610) 649-3633<br>E-mail  nick@chimicles.com<br>　　　arg@chimicles.com | BARACK FERRAZZANO<br>KIRSCHBAUM & NAGELBERG LLP<br>　Livia M. Kiser, Esq. (*pro hac vice*)<br>200 West Madison Street, Suite 3900<br>Chicago, Illinois 60606<br>Telephone: (312) 984-3100<br>Facsimile: (312) 984-3150<br>E-mail: livia.kiser@bfkn.com |
| CUNEO GILBERT & LADUCA, LLP<br>Jon A. Tostrud (SBN 199502)<br>1901 Avenue of the Stars, 2nd Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 461-1620<br>Facsimile: (310) 461-1621<br>E-mail: jtostrud@cuneolaw.com | |