UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| JOHN TRUE, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>   Defendant. | CASE NO. 5:07-cv-00287-VAP-OP<br><br>[PROPOSED] STAYING PROCEEDINGS |

## [PROPOSED] ORDER STAYING PROCEEDINGS

The Court, having considered the Parties Joint Stipulation to Stay Proceedings and the attachments thereto, HEREBY ORDERS that the preliminary approval order (Docket No. 114) dated August 27, 2009, be and hereby is VACATED, and the Court FURTHER ORDERS that this action is STAYED for all purposes pending further order of this Court.

_____
Hon. Virginia A. Phillips
US District Court Judge